Mark B. Hutton
Lead Counsel
KS Bar #10112
HUTTON & HUTTON LAW FIRM, L.L.C.
8100 East 22nd Street North
Building 1200
Wichita, KS 67226
Telephone: 316-688-1166
Fax: 316-686-10773
trial.lawyers@huttonlaw.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06-2946 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Bryer |
| Ellen Marie Baker, et al.<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>Pfizer Inc., et al.<br><br>　　　　　　Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, Ellen Marie Baker for Ralph R. Baker, Dewayne O'Neal and Rubye Van Gieson in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rules of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the Plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

//

1
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | | |
|---|---|---|
| 1 | DATED: 2/25, 2010 | By: /s/ M. Hutton |
| 2 | | **HUTTON & HUTTON LAW FIRM, L.L.C.** |
| | | 8100 East 22nd Street North |
| 3 | | Building 1200 |
| | | P.O. Box 638 (67201) |
| 4 | | Wichita, KS 67226 |
| | | Telephone: 316-688-1166 |
| | | Fax: 316-686-1077 |
| 5 | | trial.lawyers@huttonlaw.com |

*Attorneys for Plaintiffs*

DATED: March 16, 2010    By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-335-4500
Fax: 212-335-4501

*Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: April 5, 2010    By: /s/
Hon. Charles R. Breyer
United States District Court